IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 FEB 22 A 9:50

Charles Dewayne Turner
_____
Full name and prison number
of plaintiff(s)

v.

Jay Jone
Major Tolbert
Lt. Robinson
~~[redacted]~~
Nurse Steward
_____
Name of person(s) who violated
your constitutional rights.
(List the names of all the
persons.)

CIVIL ACTION NO. 3:06cv155-MHT
(To be supplied by Clerk of
U.S. District Court)

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )  NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below.  (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____

            _____

            Defendant(s) _____

            _____

        2.  Court (if federal court, name the district; if
            state court, name the county) _____

            _____

3. Docket number _____

4. Name of judge to whom case was assigned _____
   _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____
   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _____
_____

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _____
_____

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Jay Jones | 2311 Gateway Dr. Opelika Al. |
| 2. | Major Tolbert | 2311 Gateway Dr Opelika Al. |
| 3. | Lt. Robinson | 2311 Gateway Dr. Opelika Al |
| 4. | ████████ | 2311 Gateway Dr. Opelika Al. |
| 5. | Nurse Stewt | 2311 Gateway Dr. Opelika Al 36801 |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 8-21-05

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Food is not prepared right it has no nutrition in it.

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

The Food is not prepared in the right manner, the Food is always cold on the Food carts.

**GROUND TWO:** The Jail is over crowded

**SUPPORTING FACTS:** We have people sleeping on the Concret Floors all the time. Everbody keep catching the Staff infection in here all the time the Nurse is not here all the time either they say they have only one Nurse.

**GROUND THREE:** They have no Patrols of the halls.

**SUPPORTING FACTS:** People in here gets their heads bursted all the time because the officers don't walk the halls on time and the call button don't work in the cells.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I want the court to come down here and do something to them about the food they think they cant be touched.

*Charles Turner*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on _____.
(Date)

*Charles Turner*
Signature of plaintiff(s)

4