AO 240 (Rev. 10/03)

**RECEIVED**

# UNITED STATES DISTRICT COURT

FEB 22 2006

_____ **District of** _____

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

_____
Plaintiff

V.

_____
Defendant

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

CASE NUMBER: 3:06cv155-MHT

I, Charles D. Turner, declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  Lee County Detention Center

    Are you employed at the institution?  NO   Do you receive any payment from the institution?  _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  July 1, 2004  $300 A week  Eugene Gibson Brick mason  4401 Oakbowery Rd. Opelika Al. 36801

3. In the past 12 twelve months have you received any money from any of the following sources?

    | | | Yes | No |
    |---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | ☑ |
    | b. | Rent payments, interest or dividends | ☐ | ☑ |
    | c. | Pensions, annuities or life insurance payments | ☐ | ☑ |
    | d. | Disability or workers compensation payments | ☐ | ☑ |
    | e. | Gifts or inheritances | ☑ | ☐ |
    | f. | Any other sources | ☑ | ☐ |

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

I get a little of money sent to me by my sister ever now and then.

4. Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. NoNe

I declare under penalty of perjury that the above information is true and correct.

2-17-06   Charles Turner
Date         Signature of Applicant

Sworn before me 17 February 2006

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
LEE COUNTY JAIL
Itemized Funds Entries of Resident 27943    Page 1
For Through 2006-01-15 11:59 pm
Booking No Name                Officer Date       Type      Reason                      Receipt No      Amount

   27943 TURNER, CHARLES D     43D5   2004-08-09  DEPMO     INITIAL DEPOSIT             52349991          3.00
                               43D5   2004-08-09  DEPMO     NO NAME                     52349737          6.00
                               43D5   2004-08-09  EPR       OID:100025435-ComisaryPur                     8.87
                               43D36  2004-09-11  MEDIRCV   2 MEDICATIONS                                 0.13
                               43D5   2004-11-28  DEPMO     MARY C                      83092657         20.00
                               43D5   2004-11-28  MEDIRCV   Payment for MEDICAL on Se                    5.87
                               43D5   2004-11-28  MEDIRCV   Payment for MEDICAL on No                    4.13
                               43D5   2004-11-28  DEPMO     M CARLTON                   83092693          5.00
                               43D5   2004-11-28  MEDIRCV   Payment for MEDICAL on No                    2.50
                               43D5   2004-11-28  EPR       OID:100028189-ComisaryPur                    12.19
                               43D5   2005-01-09  DEPMO     L BROWN                     0756032975       40.00
                               43D5   2005-01-09  MEDIRCV   Payment for MEDICAL on No                    20.00
                               43D5   2005-01-09  EPR       OID:100029238-ComisaryPur                    19.86
                               43D5   2005-02-06  DEPMO     R MCLENDON                  83020994         15.00
                               43D5   2005-02-06  MEDIRCV   Payment for MEDICAL on No                    2.37
                               43D5   2005-02-06  EPR       OID:100030079-ComisaryPur                    12.30
                               43D5   2005-06-18  DEPMO     O TURNER                    0827956366       25.00
                               43D5   2005-06-19  EPR       OID:100033734-ComisaryPur                    25.58
                               43D5   2005-06-26  DEPMO     L BROWN                     0827956973       50.00
                               43D5   2005-06-27  EPR       OID:100033975-ComisaryPur                    34.04
                               43D5   2005-07-03  EPR       OID:100034120-ComisaryPur                    15.95
                               43D35  2005-10-27  DEPMO     L BROWN                     0901392575       40.00
                               43D5   2005-10-30  EPR       OID:100037123-ComisaryPur                    34.68
                               43D5   2005-11-06  EPR       OID:100037210-ComisaryPur                    5.50
                               43D5   2005-12-18  DEPMO     E GIBSON                    5451446849       30.00
                               43D5   2005-12-18  DEPMO     L BROWN                     0901394729       50.00
                               43D5   2005-12-18  EPR       OID:100038312-ComisaryPur                    34.75
                               43D5   2005-12-26  DEPMO     L DUDLEY                    0839127968       20.00
                               43D5   2005-12-27  EPR       OID:100038603-ComisaryPur                    33.89
                               43D5   2006-01-01  EPR       OID:100038691-ComisaryPur                    30.90
   27943 TURNER, CHARLES D Account Total                                                                  0.49

Code         Description           Total

DEPMO        Money Order Deposit   304.00
EPR          Purchase              -268.51
MEDIRCV      RECOVERED MEDICAL C    -35.00
```

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

RECEIVED
2006 FEB 22 A 9:59

Charles D. Turner )
_____ )
_____ )
_____ )
           Plaintiff(s)       )
                              )         3:06cv155-MHT
           v.                 )
                              )
Jay Jones                     )
Major Tolbert                 )
Lt. Welch                     )
Lt. Robinson                  )
Nurse Steward  Defendant(s)   )

MOTION TO PROCEED *IN FORMA PAUPERIS*

Plaintiff(s) Charles D. Turner

moves this Honorable Court for an order allowing her/him to proceed in this case without prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached sworn affidavit in support of the motion.

Charles Turner
Plaintiff(s) signature