IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 MAR -7 A 10: 02

Charles DeWayne Turner
_____
Full name and prison number of
plaintiff(s)

)
)
)
)
) CIVIL ACTION NO. 3:06CV155-MHT
v. )
) (To be supplied by the Clerk of the
Sheriff Jay Jones ) U.S. District Court)
_____ )
Major Torbert )
_____ )
Lt. Robinson )
_____ )
Nurse Stewart )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I. PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes ( )   No (✓)

    B.    Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes ( )   No (✓)

    C.    If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

        1.    Parties to this previous lawsuit:
            Plaintiff(s) _____

            Defendant(s) _____

        2.    Court (if federal court, name the district; if state court, name the county)
_____

        3.    Docket No. _____

        4.    Name of Judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT _Lee County Detention Center P.O. Box 2407 Opelika, Al. 36801_

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED _Lee County Detention Center_

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                     ADDRESS

1. _Sheriff Jay Jones  2311 Gateway Dr. Opelika, Al 36801_
2. _Major Torbert  2311 Gateway Dr. Opelika, Al 36801_
3. _Lieutenant Robinson  2311 Gateway Dr. Opelika, Al 36801_
4. _Nurse Stewart  2311 Gateway Dr. Opelika, Al 36801_
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dating from the year of July 2004 - Mar. 2006_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _Inappropriate ventilation_

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved). _seprate page_

-2-

GROUND TWO: UNHealthy Cell

SUPPORTING FACTS: On a seprate page.

GROUND THREE: Kitchen not Sanitary

SUPPORTING FACTS: on a seprate page.

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.
I would like to open a Civil lawsuit on the persons listed on this paper.

*Charles Turner*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-5-06
(date)

*Charles Turner*
Signature of plaintiff(s)

Ground ONE:
Inappropriate Ventilation

Sheriff Jay Jones is housing us in a jail that don't have enough ventilation. Cells one, three and five have big steel plates on the vents that lets fresh air in the cell. Because of this everyone on this side of the jail stay sick all of the time, and we intake the same air that we exhale. The showers are so repulsive that it would make you throw up at the sight of them. This is causing bad health problems.

Ground Two
UNHealthy Cell

Major Torbert is negleting his duty as an Officer. He is not Checking on Inmates when they write him a request slip to looke at the cells that not working the tolicts aren't working And they still locks the door for long period of time not Healthy.

Ground Three
Kitchen not Sanitary

Lieutenant Robinson isn't letting the dietistion do her job. The food has hair in and it is always cold by the time it get to us in the calls. It's not what on the tray but whats in the trays. The people that pass out the food don't have any hair nets or plastic gloves on.

Grounds Four
Lack of Medical Treatment

Nurse Stewart:

A inmate can write a request slip for a headache and recieve for it a week later. By the time they do something for you the problem is gone or gotten worse. You can't even get a cold pill. Thats how bad it is in here.