■ Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

A. Signature
X _McKenzie_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
M. McKenzie

C. Date of Delivery

1. Article Addressed to:

Jay Jones
Lee Co. Detention
P.O. Box 2407
Opelika, AL 36801

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail    ☐ Express Mail
☐ Registered        ☒ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 2510 0001 0150 3661

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540