| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *MJKenne* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): MJ Kenney   C. Date of Delivery |
| 1. Article Addressed to:<br>Major Tolbert<br>Lee Co. Det. C<br>P.O. Box 2407<br>Opelika, AL 36801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>3:06 cv 155 MHT<br>procord<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail   *ccmp*<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0002 3461 3813 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |