**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. Kenney    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. J. Kenney

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

06CV155
procorder nf

1. Article Addressed to:

Lt. Robinson
Lee Co. Det Cen
P.O. Box 2407
Opelika, AL 36801

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0002 3461 3806

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X M. Kenney    ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. J. Kenney

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

06CV155
procorder+
cnp

1. Article Addressed to:

Nurse Stew
Lee Co. Det.
P.O. Box 2407
Opelika, AL 36801

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)    7005 1820 0002 3461 3783

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540