**Exhibit G**
**Inmate File**

JUN 01 2005  11:05    LEE COUNTY D.A. OFFICE    334 745 5161    P.02/05

Grand Jury No: 9/13/2004-229    CC04-805

A TRUE BILL:---

_Leigh Aultrood_

Foreperson Grand Jury

Filed in open Court the _23_ day of _Sept_, 2004, in the presence of the Grand Jury.

_Connie J. Howard_

Clerk

Presented to the presiding Judge in open Court by the Foreperson of the Grand Jury, in the presence of _16_ other Grand Jurors, and filed by order of Court this _23_ day of _Sept_, 2004.

_Connie J. Howard_

Clerk

Bail fixed at $ _No Bond_ this _3rd_ day of _Sept_, 2004.

_Robert M Harper_

Judge Presiding

Sec. 15-8-150, Code 1975.

---

## THE STATE OF ALABAMA
## LEE COUNTY
### CIRCUIT COURT
Fall, 2004

THE STATE
VS.

CHARLES DEWAYNE TURNER, alias
CHARLES TURNER
Date of Arrest: ( 07/04/2004 ) - SID#AL01148082

---

### INDICTMENT
MURDER CAPITAL-ROBBERY
§13A-5-40(A)(2)

No Prosecutor

---

**WITNESSES:**

Off Tony Amerson, - OPD, 501 10th Street S, Opelika AL 36801
Mary Carlton, - 1315 Shannon Court No. 14, Opelika AL 36801
Off Jerry Copeland, - OPD,
Uford Darden, - 1010 Second Avenue No. 8, Opelika AL 36801
Sgt Ke Foxe, - Opelika Police Department.
Bill Harris, - Coroner, Opelika AL 36801
Lt Bob Jones, - OPD, 501 10th Street, Opelika AL 36801
Deborah Paradise, - 1401 A Magnolia Street, Opelika AL 36801
Det Arthur Roughton, - OPD,
Meredith Seabrook, - 1010 Second Avenue No. 4, Opelika AL 36801
Raymond Tartt, - 1010 Second Ave. No. 8, Opelika AL 36801
Brian Wilson, - DFS,

Off Scott Boston, - OPD, Opelika AL 36801
Carl Colley, - 100 Wittel Avenue, Opelika AL 36801
Nola Coshatt, - 1315 Shannon Court No. 26, Opelika AL 36801
Shannon Fitzgerald, - Dps Latent Print Unit, Montgomery AL 00000
George Hargrove, - DFS, Montgomery AL 00000
Norma Hill, - 2031 Chambers Co. Road 102, Lafayette Al
Hoover Jordan, - 1309 Shannon Court No. 50, Opelika AL 36801
Det John Pruitt, Jr. - OPD, 501 S. 10th Street, Opelika AL 36804
Joe Saloom, - Dept Forensic Sciences, Montgomery AL 00000
Off Thomas Stinson, - OPD,
Cpl Jennifer Tompkins, - OPD, Opelika AL 36801
Song Dr Wong, - DFS, Montgomery AL 00000

# HARPER

SEP-9-2004  14:50  FROM:DEPT  OF 334-240-9595                    :O:813347373574         P:1/5



### State of Alabama
## Alabama Department of Corrections
Central Records Office
P. O. Box 301501
Montgomery, AL 36130



**BOB RILEY**
GOVERNOR

**DONAL CAMPBELL**
COMMISSIONER

Central Records Office / NCIC Room
1400 Lloyd Street
Post Office Box 301501
Montgomery, Alabama 36130
334-240-9555
FAX 334-240-9595

TO: _Lee Co Jail_   ATTN: _Jail_

FAX#: _(334) 732-3584_   DATE: _09/09/04_

FROM: _Aurelia Adams_   PAGES: _5_

RE: _Turner, Charles Dewayne_

☑ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Routine

SEP-9-2004  14:50  FROM:DEPT.  34 334-240-9595            J:813347373574            P:2/5





BOB RILEY
GOVERNOR

### State of Alabama
# Alabama Department of Corrections
Central Records Office
P. O. Box 301501
Montgomery, AL 36130

DONAL CAMPBELL
COMMISSIONER

September 9, 2004

Lee Co Jail
2311 GGateway DR
Opelika, AL 36803

**RE: Turner, Charles Dewayne**
**AIS#: 160681 R/S: B/M**
**DOB:** ███████

Dear Sir or Madam:

Enclosed is our Fugitive Warrant on the above named subject, who is wanted by this department for Parole Violation.

Please use our warrant as a detainer and notify this office at (334) 240-9556 or (334) 240-9500 at least thirty (30) days before the date of release. Also, please hold this subject without bond. We will extradite.

Thank you for your help and cooperation in this matter.

Very truly yours,

Donal Campbell
COMMISSIONER

Central Records Division, 1400 Lloyd Street, Post Office Box 301201, Montgomery, Alabama 36130Phone:
Phone: 334-240-9500 Fax: 334-240-9595

Telephone (334) 240-9500                    Fax (334) 240-3382

STATE OF ALABAMA

DEPARTMENT OF CORRECTIONS

FUGITIVE WARRANT

TO:  ANY PEACE OFFICER.

1. WHEREAS TURNER, CHARLES DEWAYNE    , SERIAL NUMBER 00160681 , WAS CONVICTED
OF THE OFFENSES SPECIFIED ON PAGE 2 OF THIS WARRANT      THAT THE SAID CONVICT
WAS SENTENCED TO IMPRISONMENT IN THE ALABAMA STATE PENITENTIARY FOR A TERM OF
 15 YEARS,  0 MONTHS, AND  0 DAYS; THAT THE SAID CONVICT WAS THEREUPON CONFINED
IN SAID PENITENTIARY IN ACCORDANCE WITH SAID SENTENCE: THAT THE SAID CONVICT
THEREAFTER AND TO WIT:  ON THE 25TH DAY OF NOV, 2002, THE SAID CONVICT
WAS PAROLED BY THE STATE BOARD OF PARDONS AND PAROLES, PENDING GOOD BEHAVIOR:
THEN ON THE 26TH DAY OF AUG, 2004, THE STATE PARDONS AND PAROLE BOARD, HAVING
REASONABLE CAUSE TO BELIEVE THAT SAID PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE,
INTO CRIMINAL WAYS OR COMPANY OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN
IMPORTANT RESPECT. ORDERED SAID PAROLEE ARRESTED AND RETURNED TO THE CONFINE OF
THE PENITENTIARY TO APPEAR BEFORE THE STATE BOARD OF PARDONS AND PAROLES WHO
WILL DETERMINE THE PAROLE STATUS OF SAID PAROLEE.

2. WHEREFORE, THE UNDERSIGNED OF THE DEPARTMENT OF CORRECTIONS BY VIRTUE OF THE
AUTHORITY CONFERRED UPON HIM BY THE STATE OF ALABAMA, DOES HEREBY AUTHORIZE AND
DIRECT YOU TO RETAKE THE SAID PAROLE VIOLATOR WHEREVER  HE MAY BE FOUND, FOR HIS
RETURN TO THE SAID STATE DEPARTMENT OF CORRECTIONS, SITUATED IN MONTGOMERY IN
THE STATE OF ALABAMA.

IN TESTIMONY THEREOF, I HAVE HEREUNTO SET MY HAND AND THE SEAL OF THE DEPARTMENT
OF CORRECTIONS THIS 31ST DAY OF AUG, 2004.

DONAL CAMPBELL, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

 PLEASE COMPLETE THE SECTION BELOW AND DELIVER TO AGENT(S) RECEIVING PRISONER.

=========================================================================

STATE OF            COUNTY OF         THIS WRIT CAME TO HAND             .
AND NOTIFYING THE STATE DEPARTMENT OF CORRECTIONS BY WIRE THAT THE PRISONER WAS
AVAILABLE FOR TRANSFER TO THE STATE OF ALABAMA, DEPARTMENT OF CORRECTIONS, AND
THAT EXTRADITION HAS    /WAS NOT      NECESSARY.

THE ABOVE LISTED CONVICT NAMED IN THIS WRIT WAS DELIVERED TO
                        , AGENT(S) OF THE STATE DEPARTMENT OF
CORRECTIONS ON          , 20   FOR REMOVAL TO THE STATE OF ALABAMA.

    ARRESTING OFFICER                       IDENTIFICATION OFFICER

RECEIVED OF                        , AGENT(S) THE CONVICT, AIS # 00160681 ,
NAMED IN THIS WRIT. THIS THE    DAY OF
                                        , 20  .

SEP-9-2004  14:51  FROM:DEPT  JF 334-240-9595          J:813347373574        P:4/5

※ ※ ※ ※ ※ ※ ※ ※ ※ ※ ※    P A G E   2 .   ※ ※ ※ ※ ※ ※ ※ ※ ※ ※ ※ ※

DATE: AUG 31, 2004 NAME: TURNER, CHARLES DEWAYNE          SERIAL NUMBER: 00160681
                    OFFENSES FOR WHICH THIS FUGITIVE WAS CONVICTED
==========================================================================================

| <><><>    OFFENSE    <><><> | SENTENCE DATE | SENTENCE TERM | SENTENCING COUNTY | CS/CC |
|-----------------------------|---------------|---------------|-------------------|-------|
| MURDER                      | 11/30/1990    | 15/00/00      | TALLADEGA         | CS    |

※ ※ ※ ※ ※ ※ ※ ※ ※   E N D    P A G E   2   ※ ※ ※ ※ ※ ※ ※ ※ ※ ※

AN C-80                              STATE OF ALABAMA                    DATE: 05/13/2005 A
                                DEPARTMENT OF CORRECTIONS
20050513-142                     RECEIPT OF RELEASED CONVICT                        CBR201

---

INSTITUTION: LEE                              DATE RELEASED: JUN 08, 2005

NAME: TURNER, CHARLES DEWAYNE                 SERIAL NUMBER: 00160681

COUNTY COMMITTED FROM: TALLADEGA              DATE COMMITTED: NOV 30, 1990

HOW RELEASED: EOS ON SHORT TIME

REMARKS:
RESTITUTION OWED/COURT COSTS:     $400.00 CONTACT CIRCUIT COURT CLERK

---

RECEIVED FROM WARDEN:                                    DOLLARS:

IN FULL PAYMENT OF AMOUNTS AS SET OUT BELOW:

DISCHARGE MONEY:      00 YR.     00 MO.    $        .00

BUS FARE TO:                                  $

1 DAY TRAVEL - - - - - - - - - - - $

1 OUTFIT CLOTHING- - - - - - - - - $

    TOTAL - - - - - - - - - - - $

            SIGNED    x Charles Turner

            WITNESS   Lt. Corey D. Welch

            WITNESS

    DETAINER/WARRANT
    RECEIPT SIGNATURE

---

            * NOTE: ALL SIGNATURES MUST BE MADE IN INK. *

BR716-3                    ALA   MA DEPARTMENT OF CORRECTIONS                    INST:   241
                           INMATE SUMMARY AS OF 04/29/2005                      CODE: CRPND

IS: 00160581    INMATE: TURNER, CHARLES DEWAYNE                RACE: B  SEX: M

NST: 241 - LIEE                              DORM:  PH  JAIL CR: 000Y 05M 21D

DB: ~~~~~~~~~~   SSN: ~~~~~~~~~~

IAS: "T C",

M DT: 11/30/1990 DEAD TIME: 000Y 00M 00D

M TYP: NEW COMIT FROM CRT W/O REV OF           STAT: RECAPTURED

RRENT CUST: RCP-V   CURRENT CUST DT: 07/06/2004  PAROLE REVIEW DATE: - NONE -

CURITY LEVEL: (4) FOUR                                    RETRO CIT: 10/29/1991

RVING UNDER ACT446 LAW IN
MATE IS EARNING :                          CURRENT CLASS DATE:  11/30/1990

UNTY       SENT DT  CASE NO  CRIME
LLADEGA  11/30/90 W90300602 MURDER                         JL-CR      TERM
                              ATTEMPTED                    0171D 015Y 00M 00D CS
         COURT COSTS  : $0000350   FINES : $0000000   RESTITUTION : $0000050

TAL TERM       MIN REL DT      GOOD TIME BAL      GOOD TIME REV      LONG DATE
Y 00M 00D      06/08/2005      000Y 00M 00D       000Y 00M 00D       06/08/2005
ATE LITERAL:

AINER WARRANTS SUMMARY
 INMATE CURRENTLY HAS NO DETAINER WARRANT RECORDS

PEE-PAROLE SUMMARY

LED FRM  050:11/25/32 RVK:10/18/04 DELQ:08/30/04 RECAP:07/06/04 RTN:07/06/04

INMATE CURRENTLY HAS NO PROBATION 754 RECORDS

INMATE HAS NO ESCAPES FROM ADOC SINCE OBSCIS RECORDING B

PLINARY/CITATION SUMMARY

ISCIPLINE: 08/11/1998  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
SCIPLINE TYPE: MAJOR                    AT INST: 012    RULE NUMBER: 35
TAINED DAYS: 0000   SEQ #: 12   RULE LIT: FIGHTING WITHOUT A WEAPON

ISCIPLINE: 08/07/1997  TIME LOST: 00Y00M00D   CUST FROM MIN9 TO MIN9
SCIPLINE TYPE: MAJOR                    AT INST: 070    RULE NUMBER: 56
TAINED DAYS: 0000   SEQ #: 11   RULE LIT: FAIL TO OBEY A DIRECT ORDER OF DO

CONTINUED ON NEXT PAGE

INDICTMENT                                                    CC04-805

## THE STATE OF ALABAMA, LEE COUNTY

### Circuit Court, Fall, 2004

THE GRAND JURY OF LEE COUNTY CHARGE THAT BEFORE THE FINDING
OF THIS INDICTMENT CHARLES DEWAYNE TURNER, ALIAS CHARLES
TURNER, WHOSE TRUE CHRISTIAN NAME IS OTHERWISE UNKNOWN TO THE
GRAND JURY, DID INTENTIONALLY CAUSE THE DEATH OF JERRY LAMAR
PARADISE BY SHOOTING HIM WITH A PISTOL, AND CHARLES DEWAYNE
TURNER CAUSED SAID DEATH DURING THE TIME THAT CHARLES DEWAYNE
TURNER WAS IN THE COURSE OF COMMITTING A THEFT OF LAWFUL
PAPER CURRENCY OF THE UNITED STATES OF AMERICA, THE EXACT
DENOMINATIONS OF WHICH ARE UNKNOWN TO THE GRAND JURY AND/OR
TWO (2) RINGS AND/OR ONE (1) FOLDING POCKET KNIFE AND/OR ONE
(1) WRIST WATCH, THE PROPERTY OF JERRY LAMAR PARADISE, BY THE
USE OF FORCE AGAINST THE PERSON OF JERRY LAMAR PARADISE, WITH
INTENT TO OVERCOME HIS PHYSICAL RESISTANCE OR PHYSICAL POWER
OF RESISTANCE, WHILE THE SAID CHARLES DEWAYNE TURNER WAS
ARMED WITH A DEADLY WEAPON OR A DANGEROUS INSTRUMENT, TO-WIT:
A PISTOL, IN VIOLATION OF SECTION 13A-5-40(A)(2) OF THE CODE
OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF
ALABAMA.

District Attorney, 37th Judicial Circuit of Alabama

Sec. 15-8-150, Code 1975

SEP 0 7 2004

S T A T E   O F   A L A B A M A                                   CSR429

D E P A R T M E N T   O F   C O R R E C T I O N S

CENTRAL RECORDS DIVISION
1400 LLOYD STREET
P.O. BOX 301501
MONTGOMERY, ALABAMA 36130-1501
(334) 240-9500

AUG 31, 2004

TO:  Mr. David Jones                    RE: TURNER, CHARLES DEWAYNE
2311 GATEWAY DR                         DOB: ▮▮▮▮▮▮ R/S: BM AIS #: 00183681
OPELIKA        AL  36801

DEAR SIR/MADAM:

ENCLOSED IS OUR FUGITIVE WARRANT, FINGERPRINTS AND PHOTOGRAPH OF THE ABOVE NAMED
PAROLE VIOLATOR.  THE STATE BOARD OF PARDONS AND PAROLES HAS CAUSE TO BELIEVE
THAT THE ABOVE NAMED PAROLED PRISONER HAS LAPSED, OR IS ABOUT TO LAPSE, INTO
CRIMINAL WAYS OR COMPANY, OR HAS VIOLATED CONDITIONS OF HIS PAROLE IN AN IMPOR-
TANT RESPECT ON AUG 26, 2004, AND IS NOW WANTED BY THIS DEPARTMENT.  PLEASE USE
OUR WARRANT AS A DETAINER.  WE WILL EXTRADITE.

IF OUR FUGITIVE WARRANT IS NOT EXECUTED WITHIN SIXTY (60) DAYS, PLEASE RETURN
SAME TO THIS OFFICE.

FOR COORDINATION OR INQUIRIES REGARDING THIS CASE, PLEASE CONTACT:  ASST. DIR.,
INMATE RECORDS ADMINISTRATION, AT THE ABOVE ADDRESS OR TELEPHONE NUMBER.

THANKING YOU FOR YOUR COOPERATION IN THIS MATTER OF MUTUAL INTEREST, I AM

VERY TRULY YOURS,

DONAL CAMPBELL, COMMISSIONER
ALABAMA DEPARTMENT OF CORRECTIONS

ENCLOSURES

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev. 8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ LEE COUNTY _____, ALABAMA
      (Circuit, District or Municipal)          (Name of County or Municipality)

☒ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v.    CHARLES DEWAYNE TURNER
                                                      **Defendant**

---

The above-named defendant, charged with the criminal offense(s) of __CAPITAL MURDER__,
was duly brought before the Court for initial appearance on __July 6, 2004__, at __11:00__ o'clock __A__.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE):*

☑ 1. Name and address of defendant.
    _____ (a) Ascertained the true name and address of the defendant to be:
                1309 Jhannon cl.    Lot 39
                Opelika Al 36801
    _____ (b) Amended the formal charges to reflect defendant's true name.
    _____ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy
    of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☐ requested    ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was
    ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.

☐ 5. Bail
    _____ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
            capital offense.
    _____ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the
            mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
            conditions:
            _____ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
            _____ 2.) Execution of a secured appearance bond in the amount of $ _____.
            _____ 3.) Other conditions (specify) __No Bond Capital Murder__
                            __Case__

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded with 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____, _____,
    an _____ (date) at _____ o'clock _____.m.
    _____ (a) Notified the District Court that such demand was made.
    _____ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
    _____

7-6-04                                                         _[signature]_

| State of Alabama<br>Unified Judicial System<br><br>Form C-81      11/91 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number |
|---|---|---|

IN THE _____ CIRCUIT _____ COURT OF _____ LEE _____ COUNTY

☒ STATE OF ALABAMA          ☐ MUNICIPALITY OF _____

v. ___ CHARLES DEWAYNE TURNER _____ , Defendant

This is a first appearance hearing. You are charged with committing the felony offense(s) of _____ CAPITAL MURDER _____ in this Court in violation of _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the Court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case, or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends, and if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and, if at the conclusion of the preliminary hearing the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1.) Appear to answer and submit to all orders and process of the Court having jurisdiction in the case.
2.) Refrain from committing any criminal offense.
3.) Not depart from the state of Alabama without the leave of the Court having jurisdiction of this case.
4.) Promptly notify the Court of any change of address or phone number.
5.) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the Court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the Court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

Date: 7-6-04 _____          _____
                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the Initial Court Appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

Date: 7-6-04 _____          _____
                                        Defendant

Grand Jury No: 9/13/2004-229    *CC04-805*

A TRUE BILL:---

_____
Foreperson Grand Jury

Filed in open Court the _23_ day of _Sept_, 2004, in the presence of the Grand Jury.

_____
Clerk

Presented to the presiding Judge in open Court by the Foreperson of the Grand Jury, in the presence of _16_ other Grand Jurors, and filed by order of Court this _23_ day of _Sept_, 2004.

_____
Clerk

Bail fixed at $ _No Bond_ this _3_ day of _Sept_, 2004.

_____
Judge Presiding

Sec. 15-8-150, Code 1975.

---

### THE STATE OF ALABAMA
### LEE COUNTY
### CIRCUIT COURT
Fall, 2004

THE STATE
VS.

CHARLES DEWAYNE TURNER, alias
CHARLES TURNER
Date of Arrest: ( 07/04/2004 ) - SID#AL01148082

### INDICTMENT
MURDER CAPITAL-ROBBERY
§13A-5-40(A)(2)

No Prosecutor

---

WITNESSES:

Off Tony Amerson, - OPD, 501 10th Street S, Opelika AL 36801
Mary Carlton, - 1315 Shannon Court No. 14, Opelika AL 36801
Off Jerry Copeland, - OPD,
Uford Darden, - 1010 Second Avenue No. 8, Opelika AL 36801
Sgt Kc Foxe, - Opelika Police Department
Bill Harris, - Coroner, Opelika 36801
Lt Bob Jones, - OPD, 501 10th Street, Opelika AL 36801
Deborah Paradise, - 1401 A Magnolia Street, Opelika AL 36801
Det Arthur Roughton, - OPD,
Meredith Seabrook, - 1010 Second Avenue No. 4, Opelika AL 36801
Raymond Tartt, - 1010 Second Ave. No. 8, Opelika AL 36801
Brian Wilson, - DFS.

Off Scott Boston, - OPD, Opelika AL 36801
Carl Colley, - 100 Wittel Avenue, Opelika AL 36801
Nola Coshatt, - 1315 Shannon Court No. 26, Opelika AL 36801
Shannon Fitzgerald, - Dps Latent Print Unit, Montgomery AL 00000
George Hargrove, - DFS, Montgomery AL 00000
Norma Hill, - 2031 Chambers Co. Road 102, Lafayette Al
Hoover Jordan, - 1309 Shannon Court No. 50, Opelika AL 36801
Det John Pratt, Jr., - OPD, 501 10th Street, Opelika AL 36804
Joe Saloom, - Dept Forensic Sciences, Montgomery AL 00000
Off Thomas Stinson, - OPD,
Cpl Jennifer Tompkins, - OPD, Opelika AL 36801
Song Dr Wong, - DFS, Montgomery AL 00000

# HARPER

TOTAL P.03

## INDICTMENT

CC04-805

## THE STATE OF ALABAMA, LEE COUNTY

### Circuit Court, Fall, 2004

THE GRAND JURY OF LEE COUNTY CHARGE THAT BEFORE THE FINDING
OF THIS INDICTMENT CHARLES DEWAYNE TURNER, ALIAS CHARLES
TURNER, WHOSE TRUE CHRISTIAN NAME IS OTHERWISE UNKNOWN TO THE
GRAND JURY, DID INTENTIONALLY CAUSE THE DEATH OF JERRY LAMAR
PARADISE BY SHOOTING HIM WITH A PISTOL, AND CHARLES DEWAYNE
TURNER CAUSED SAID DEATH DURING THE TIME THAT CHARLES DEWAYNE
TURNER WAS IN THE COURSE OF COMMITTING A THEFT OF LAWFUL
PAPER CURRENCY OF THE UNITED STATES OF AMERICA, THE EXACT
DENOMINATIONS OF WHICH ARE UNKNOWN TO THE GRAND JURY AND/OR
TWO (2) RINGS AND/OR ONE (1) FOLDING POCKET KNIFE AND/OR ONE
(1) WRIST WATCH, THE PROPERTY OF JERRY LAMAR PARADISE, BY THE
USE OF FORCE AGAINST THE PERSON OF JERRY LAMAR PARADISE, WITH
INTENT TO OVERCOME HIS PHYSICAL RESISTANCE OR PHYSICAL POWER
OF RESISTANCE, WHILE THE SAID CHARLES DEWAYNE TURNER WAS
ARMED WITH A DEADLY WEAPON OR A DANGEROUS INSTRUMENT, TO-WIT:
A PISTOL, IN VIOLATION OF SECTION 13A-5-40(A)(2) OF THE CODE
OF ALABAMA, AGAINST THE PEACE AND DIGNITY OF THE STATE OF
ALABAMA.

District Attorney, 37th Judicial Circuit of Alabama

Sec. 15-8-150, Code 1975

Lee County Sheriff's Office    Tuesday,    ' 06, 2004    Page 2 of 2



TURNER, CHARLES DWAYNE.

# LEE COUNTY SHERIFF'S DEPARTMENT
## REGULATIONS RECEIPT
### (Form #7)

Date: _01 March 2006_      Time: _4:00 pm_

I, _Charles Turner_ , have received copy number _97_ of the Rules and Regulations governing inmates in the Lee County Jail which I am/am not (mark one out) able to read. I understand that while in this institution I will abide by these Rules and Regulations.

     I will return the copy of the Rules and Regulations upon my release from jail. I also understand that I will be responsible for the loss or any damage of the Inmate Rules and Regulations Handbook and will be charged $2 for its replacement. I also understand that if I fail to pay for the replacement of the lost or damaged handbook I will have additional criminal charges filed against me for destruction of county property.

Years of School _12_            _Charles Turner_
                                          Inmate's Signature

---

_Charles Turner_ has today received copy number _97_ of the Lee County Sheriff's Department Rules and Regulations for Inmates.

[✓] Said inmate stated to me that he was able to read the Rules and Regulations.

[ ] Said inmate stated that he was not able to read the Rules and Regulations and I explained the orientation rules to him.

           _Samuel Spurlin II 43145_
           Jailer's Signature

           Date: _01 Mar 06_ Time: _____

...ee County Detention Ce...r

# INMATE REQUEST SLIP

E-3
**LOCATION**

Name _Charles Turner_          Date _2-28-06_

☐ Telephone Call          ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem          ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need to use the Law Library
to work on my Case. It's very
important.

Thank You
Charles Turner

<u>Do Not Write Below This Line</u> - For Reply Only

28 Feb, 2006. Taken To
Law Library By ofc. Tucker
ofc. Pantelis

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E-3
**LOCATION**

Name *Charles Turner*　　　　Date *2-7-06*

☐ Telephone Call　　☐ Doctor　　☐ Dentist　　☐ Time Sheet
☐ Special Visit　　☐ Personal Problem　　☑ Other

Briefly Outline Your Request.  Give To Jailer

I have writting two request
slips to the Major from him
to notorize me some paper.
He said that he was the only
one in this jail that can
notarize paper work. I have the
other copy of this paper
　　　　　　　　　　Charles Turner

Do Not Write Below This Line - For Reply Only

This is the first request slip received by me
from inmate Turner. This one was given to me by sheriff
James. Inmate called to office and his legal paper
to the the U.S. District Court was notarized
and signed in front of me.
　　　　　　　　　　Charles

Approved _____　Denied _____　Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant　　☐ Chief Deputy　　☐ Sheriff

Date _____　　Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Dear Mr. Jones

I'm writing you this letter to let you know that I'm having problems in your jail. I have wrote two request slips to Major Tolbert. I gave my request slip to an officer and he said that the person that notarize legal papers was coming to notarize my legal papers, and the Major stoped them and said that he was the only one that would notarize paper work in his jail. It have been about 3 weeks and I haven't had my paper

work done yet. I don't
think it's right for him
to be doing what he wants
to w] when he wants to
do something. If you
can please handle this
problem Sir.

Thank You

Charles Turner
4-3

*Second*
*Sift*
*Commander*

## Lee County Detention Center
# INMATE REQUEST SLIP

E-3
**LOCATION**

Name *Charles Turner*                Date *1-18-06*

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet
☐ Special Visit          ☐ Personal Problem              ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*I need to go to the Law Library*
*please.*

*Charles Turner*

<u>Do Not Write Below This Line</u> - For Reply Only

*Talk To Law*
*Libry*
*1-21-06*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant              ☐ Chief Deputy              ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

## Lee County Detention Center
# INMATE REQUEST SLIP

E-3
**LOCATION**

Name _Charles Turner_          Date _1-3-06_

☐ Telephone Call      ☐ Doctor           ☐ Dentist        ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem  ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need a copy of my account
for the lost past six months,
so I can send it to the court.

_Charles Turner_

<u>Do Not Write Below This Line</u> - For Reply Only

GAVE TURNER AN ACCOUT TRANSACTION
SHEET.

Jatt 4305
1-9-06

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy        ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

*E-3*
**LOCATION**

Name *Charle Turner*          Date *1-3-06*

☐ Telephone Call        ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem      ☑ Other

Briefly Outline Your Request.  Give To Jailer

*I would like to go and use the Law Library.*

Do Not Write Below This Line - For Reply Only

*Taken 1/3/06 By Red Nights Ofc. Tucker*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy        ☐ Sheriff

Date _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cente

# INMATE REQUEST SLIP

Name *Charles Turner*          Date 12-07-05

**LOCATION** E-3

- ☐ Telephone Call
- ☐ Doctor
- ☐ Dentist
- ☐ Time Sheet
- ☐ Special Visit
- ☐ Personal Problem
- ☒ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

I would like to request to go to
the law library

<u>Do Not Write Below This Line</u> - For Reply Only

Taken to law library 12-9-05
43042

Approved ____✓____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

- ☐ Lieutenant
- ☐ Chief Deputy
- ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

ε − 3
**LOCATION**

Name *Charles Turner*                    Date *12-6-05*

☐ Telephone Call      ☐ Doctor        ☐ Dentist       ☐ Time Sheet

☐ Special Visit       ☐ Personal Problem        ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*I need to go to the Law library*

*Thanks*
*Charlie Tur*

<u>Do Not Write Below This Line</u> - For Reply Only

*went to law library 12-6-05*

Approved _____✓_____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy            ☐ Sheriff

Date *12-6-05* _____    Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Cer

# INMATE REQUEST SLIP E-3

*Sgt. Threat*

**LOCATION**

Name *Charles Turner*                    Date *10-10-05*

☐ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet
☐ Special Visit         ☐ Personal Problem                ☒ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

*I need to go to the law library you said you would take us.*

*Charles Turner*

<u>Do Not Write Below This Line</u> - For Reply Only

*Granted on this date: 10/25/05*

Approved _____✱_____         Denied _____         Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant            ☐ Chief Deputy            ☐ Sheriff

Date *10/25/05*          Time Received *1934*

CORRECTION OFFICER *Sgt Threat*

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E-6
**LOCATION**

Name _Charles Turner_          Date _4-5-05_

☐ Telephone Call     ☐ Doctor          ☐ Dentist        ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem                 ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

Sgt. Tabb when are you going to let me out of this lock up. Could you move me back to E-3 please I need to shave, and use the phone.

Charles Turner

════════════════════════════════════

<u>Do Not Write Below This Line</u> - For Reply Only

Inmate Moved To cell E-2

4/13/05
4/13/05

Approved _____   Denied _____   Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____   Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

Lee County Detention Center
# INMATE REQUEST SLiP

MAJOR Tolbert

**E-4**
**LOCATION**

Name *Charles Turner*          Date *11-1-04*

☑ Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem        ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

MAjoR you Told me That you would
let me use the phone to make
A Phone Call, I was getting my hair
cut the day you told me this so
I need to use the phone bad Sir

Thank you

<u>Do Not Write Below This Line</u> - For Reply Only

Have To use Phone in Cell.
11-3-04.

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Center
# INMATE REQUEST SLIP

E-4
**LOCATION**

Name _Charles Turner_                    Date _10-3-04_

☑ Telephone Call    ☐ Doctor         ☐ Dentist        ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem                ☐ Other

Briefly Outline Your Request.  Give To Jailer

_Major Tolbert I have sent about 5 request slips to you about a phone call but I have not received a answer back yet or not even one of them. I would like to use the phone Sir._

Do Not Write Below This Line - For Reply Only

_Have To use Phone In Your Cell_

_10-6-04_

Approved _____  Denied _____  Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant        ☐ Chief Deputy         ☐ Sheriff

Date _____  Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038  (6/99)

...ee County Detention Center

# INMATE REQUEST SLIP

Name *Charle Turner*

*E-4*
_____
**LOCATION**

Date *8-19-04*

☐ Telephone Call     ☐ Doctor     ☐ Dentist     ☐ Time Sheet

☐ Special Visit     ☐ Personal Problem     ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*I need to talk to Mr. David Jones the parole Officer. I need to know when I'm leaving for the parole hearing.*

<u>Do Not Write Below This Line</u> - For Reply Only

*Have your family Contact the Parole office*

Approved _____ Denied _____ Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant     ☐ Chief Deputy     ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

ee County Detention Center
# INMATE REQUEST SLIP

*E-3*
**LOCATION**

Name *CHARLES TURNER*          Date *7-26-04*

☐ Telephone Call        ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem                    ☑ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*I Need to go to the law Library
to look up some cases.*

<u>Do Not Write Below This Line</u> - For Reply Only

*Went 7-27-04*

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

# CANNOT CHANGE FOR <u>SIX MONTHS</u>!!!



## PLEASE **PRINT** CLEARLY

## INMATE VISITOR INFORMATION

All information <u>MUST</u> be <u>COMPLETE</u> and <u>MUST</u> be <u>LEGIBLE</u>. Information which is incomplete or not legible will result in that person not being listed on your visitation card. <u>All visitors must have a photo I.D. to get in.</u>  Children under 12 years of age cannot vistit.
<u>ONE PERSON PERSON PER LINE</u>
Newly arrived inmates are not eligible for vistiation during their first seven days at the Lee in order to allow time for a background check to be conducted
on the visitors listed below. <u>Visitation is a privilege and may be restricted or withdrawn</u> at anytime.

Inmate Name _Charles  D. Turner_          Cell # _E - 3_

## Visitor #1

Name _MARY  CARlton_          Relationship _Friend_

Address _1315 Shannon Ct. Lot 14_    City _Opelika_    State _Al._

Phone # _334 - 749 - 8661_

## Visitor #2

Name _Sharon  Core_          Relationship _Friend_

Address _1201 Montgomery St, Lot 46_    City _Opelika_    State _Al_

Phone # _____

## Visitor #3

Name _Annie  Ruth  Hudge_          Relationship _Friend_

Address _1309 Shannon Ct 4A_    City _Opelika_    State _Al_

Phone # _____

## Visitor #4

Name _Latonya  Brown_          Relationship _Sister_

Address _803 West Ave_    City _Winnfied_    State _LA_

CANNOT CHANGE FOR SIX MONTHS...

-- PLEASE PRINT CLEARLY

INMATE VISITOR INFORMATION



All information MUST be COMPLETE and MUST be LEGIBLE. Information which is incomplete or not legible will result in that person not being listed on your visitation card. All visitors must have a photo I.D. to get in. Children under 12 years of age cannot visit.

ONE PERSON PERSON PER LINE

Newly arrived inmates are not eligible for visitation during their first seven days at the Lee County Detention Center in order to allow time for a background check to be conducted on the visitors listed below. Visitation is a privilege and may be restricted or withdrawn at anytime.

Inmate Name _Charles D. Turner_____    Cell # _E-3____

**Visitor #1**

Name _Mary Carlton_____    Relationship _Friend_____

Address _1315 Shannon Ct, Lot 14_____    City _Opelika____    State _Al, 36801_

Phone # _334-749-8661_____

**Visitor #2**

Name _____    Relationship _____

Address _____    City _____ State _____

Phone # _____

**Visitor #3**

Name _____    Relationship _____

Address _____    City _____ State _____

Phone # _____

**Visitor #4**

Name _____    Relationship _____

Address _____    City _____ State _____

Lee County Detention Center

# INMATE REQUEST SLIP

E-3

**LOCATION**

Name _Charles Turner_          Date _7-20-04_

☐ Telephone Call     ☐ Doctor          ☐ Dentist          ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem                   ☑ Other

Briefly Outline Your Request.  Give To Jailer

_I want go to the Law Library._

Do Not Write Below This Line - For Reply Only

_Talk To Law_

_Library 7/27/04_

Approved _____ Denied _____ Collect Call_____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____ Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

Lee County Detention Cen'
# INMATE REQUEST SLIP

E-3
**LOCATION**

Name *Charles Turker*          Date *7-13-04*

☐ Telephone Call      ☐ Doctor      ☐ Dentist      ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem      ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

I need to see my lawyer
It is very Important.
His name is in my property
on that paper from court.

<u>Do Not Write Below This Line</u> - For Reply Only

We CANNOT Tell YWR ATTORNEY TO COME
SEE YOU. HE/SHE WILL SEE YOU AT THEIR
CONVENIENCE

Jail 4305
7-17-04

Approved _____    Denied _____    Collect Call _____

All Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
Those The Request is Directed.

☐ Lieutenant          ☐ Chief Deputy          ☐ Sheriff

Date _____          Time Received _____

CORRECTION OFFICER _____

FORM: LCS-038 (6/99)

```
                         LEE COUNTY SHERIFF'S OFFIC
07/06/2004    12:13:51   MEDICAL SCREENING FORM                    PAGE 1
===============================================================================
Booking No: 040003198  Date: 07/06/2004  Time: 11:58  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL
-------------------------------------------------------------------------------
Inmate Name: TURNER CHARLES DWAYNE                    Race: B        Sex: M
      DOB: ▓▓▓▓▓66 Age: 37  SSN: ▓▓▓▓▓▓▓▓5  Height: 5'11"  Weight: 157
-------------------------------------------------------------------------------
```

_____   1.  Is inmate unconscious?

_____   2.  Does inmate have any visible signs of trauma, illness, obvious pain
             and bleeding, requiring immediate emergency or doctor's care?

_____   3.  Is there obvious fever, swollen lymph nodes, jaundice or other
             evidence of infection that might spread through the facility?

_____   4.  Any signs of poor skin condition, vermin, rashes or needle marks?

_____   5.  Does inmate appear to be under the influence of drugs or alcohol?

_____   6.  Any visible signs of alcohol or drug withdrawal?

_____   7.  Does inmate's behavior suggest the risk of suicide or assault?

_____   8.  Is inmate carrying any medication?

_____   9.  Does the inmate have any physical deformities?

_____  10.  Does inmate appear to have psychiatric problems?

        11.  Do you have or have you ever had or has anyone in your family
             ever had any of the following?

   \_\_\_\_ a. Allergies    \_\_\_\_ f. Fainting Spells    \_\_\_\_ k. Seizures

   \_\_\_\_ b. Arthritis    \_\_\_\_ g. Hearing Condition  \_\_\_\_ l. Tuberculosis

   \_\_\_\_ c. Asthma       \_\_\_\_ h. Hepatitis          \_\_\_\_ m. Ulcers

   \_\_\_\_ d. Diabetes     \_\_\_\_ i. High Blood Pressure \_\_\_\_ n. Venereal Disease

   \_\_\_\_ e. Epilepsy     \_\_\_\_ j. Psychiatric Disorder \_\_\_\_ o. Other (Specify)

Other:  _____

        _____

        _____

        12.  For females only:

             \_\_\_\_ a. Are you pregnant?

             \_\_\_\_ b. Do you take birth control pills?

             \_\_\_\_ c. Have you recently delivered?

```
                        LEE COUNTY SHERIFF'S OFFIC.
07/06/2004    12:13:51   MEDICAL SCREENING FORM                PAGE 2
=======================================================================
Booking No: 040003198  Date: 07/06/2004  Time: 11:58  Type: NORMAL
Agency to Bill: LEE COUNTY              Facility: COUNTY JAIL

Inmate Name: TURNER CHARLES DWAYNE               Race: B       Sex: M
     DOB: ████████ 6 Age:  37  SSN: ██████████  Height: 5'11"  Weight: 157
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

_____  13.  Have you recently been hospitalized or treated by a doctor?

_____  14.  Do you currently take any non-prescription medication or medication
             prescribed by a doctor?

_____  15.  Are you allergic to any medication?

_____  16.  Do you have any handicaps or conditions that limit activity?

_____  17.  Have you ever attempted suicide or are you thinking about it now?

_____  18.  Do you regularly use alcohol or street drugs?

_____  19.  Do you have any problems when you stop drinking or using drugs?

_____  20.  Do you have a special diet prescribed by a physician?

_____  21.  Do you have any problems or pain with your teeth?

_____  22.  Do you have any other medical problems we should know about?

_____

_____

_____

_____

_____

_____

_____

I HAVE READ THE ABOVE ACCOUNTING OF MY MEDICAL ASSESSMENT AND I FIND IT TO BE
TRUE AND ACCURATE.

INMATE:_____  DATE:_____  TIME:_____

BOOK OFFICER:_____  DATE:_____  TIME:_____