# Exhibit H
# Affidavit of Linda Stewart

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **CHARLES DEWAYNE TURNER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:06-CV-155-MHT** |
| | ) | |
| **JAY JONES, et.al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### AFFIDAVIT OF NURSE LINDA STEWART

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF LEE** | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Linda Stewart, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.      My name is Linda Stewart.  I am over the age of nineteen and competent to execute this affidavit.

2.      I have been employed as a nurse with the Lee County Detention Facility for over four years.  I am an L.P.N. and have been licensed for over twenty-years, having served as a nurse in the ICU and CCU in Cobb Hospital Emergency Room for fifteen-years.  I taught Nursing Assistance Clinicals for two years at Career Institute.  I collected medical information for the law firm of Bellamy and Jones for three years, and I was employed as the personal nurse for Doctor Hoffman, in Phenix City, Alabama, for twelve years, prior to my coming to the Lee County Detention Facility.

3.      I am familiar with the Plaintiff Charles Dewayne Turner due to his incarceration in the Lee County Detention Facility.

4.     It is the policy of the Lee County Sheriff's Office that all inmates confined in the Lee County Detention Center are entitled to a level of health care comparable to that available to citizens in the surrounding community which will ensure their physical and emotional well-being.

5.     Medical care rendered to inmates in the Lee County Detention Center is delivered under the direction of a licensed health care provider.

6.     No health care personnel or Detention Center officer or other employee of the Sheriff's Office will ever summarily or arbitrarily deny an inmate's reasonable request for medical services.

7.     Medical, dental, and mental health matters involving clinical judgments are the sole province of the responsible physician, dentist, or psychiatrist or qualified psychologist, respectively.

8.     Inmates will be guaranteed access to all diagnostic, laboratory, or other treatment services as directed by the responsible health care authority.

9.     It is the policy of the Lee County Sheriff's Office to allow inmates incarcerated in the Lee County Detention Center to request health care services at any time.

10.     Two methods may be utilized by inmates incarcerated in the Lee County Detention Center in order to secure health care services:

a.     Verbal Request:  An inmate may make a verbal request for emergency medical attention to any member of the Detention Center staff at any time.

b.     Written Request:  An inmate in need of any type of medical attention may complete an Inmate Request form seeking medical attention and forward it to any member of the Detention Center staff.

11.     Requests for medical treatment will be accepted by members of the Detention Center staff at any time.

12.     When a request for medical treatment is made to a member of the Detention Center

staff, the staff member receiving the request will notify the Shift Supervisor of the inmate's request. It is the Shift Supervisor's responsibility to ensure that the inmate's request is attended to in a prompt and proper manner. Any doubt as to whether an actual need exists for medical treatment shall be resolved in favor of the inmate and medical treatment will be offered.

13.    Medical requests of an emergency nature are to be handled immediately.

14.    As evidenced by the Plaintiff's medical request forms, non-emergency requests are responded to within 48 hours, and usually within 24 hours.

15.    As part of the booking process, inmates are informed of the methods by which they may maintain medical treatment during the booking process.

16.    The Detention Center nurses, under the direction of the Detention Center Administrator, are charged with the responsibility of obtaining appointments for inmates with physicians in order that they may receive medical treatment or for scheduling times when the treating physician may attend to health care needs at the Detention Center.

17.    All health care rendered to inmates will, at the doctor's discretion, be given privately to the inmate, outside the presence of a Detention Center official. Should the physician request, a Detention Center officer will be present for any and all examinations the treating physician deems appropriate.

18.    Sick call is conducted on a scheduled basis by a licensed practical nurse and is available to all inmates. All inmates are required to pay a fee for non-emergency treatment. Inmates will not be denied medical treatment. When an inmate has insufficient funds in his/her trust account to pay for the assessed fee(s), a lien in the amount of the fee(s) will be placed on the inmate's trust account against future monies which may be received.

19.    I followed Dr. McFarland's orders with regard to the Plaintiff's medical care.  In fact, per the policy of the Lee County Sheriff's Office, I always follow the instructions of Dr. McFarland on all medical issues.

20.    I have never received a grievance from the Plaintiff concerning the allegations made the basis of his Complaint.

21.    All medical records attached to the Special Report are true and accurate copies of medical documents kept in the Plaintiff's medical file by me in the ordinary course of my business.  I am the custodian of these records.

22.    I swear, to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit and that the above statements were made by drawing from my personal knowledge of the situation.

LINDA STEWART

**SWORN TO** and **SUBSCRIBED** before me this _24_ day of April, 2006.

NOTARY PUBLIC
My Commission Expires:_____

4

# Exhibit I
# Inmate Medical File

NOTES

SS# 4̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶

NAME Turner, Charles          DOB ▬▬ AGE 37 SEX m RACE B

DRUB ALLERGIES ___NKDA___          TETANUS _____

NATURE OF PROBLEM OR REQUEST ___Flu p̄ altercation___

_____

_____

**I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.**

SIGNATURE _____

**********************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE: _____

OBJECTIVE: BP_____ P_____ R_____ T_____

---

**08/03/04     Lee County Detention Center     Charles Turner     #437214095**

This 37 YOBM was injured in an altercation Friday four days ago. He hurts in his left chest. He was hit around his left eye. No loss of consciousness. He is just very stiff and sore.

**Physical Exam:** Alert, no distress, stiff and sore in appearance. HEENT: Ecchymosis resolving around the left eye. No bony defect. No trauma apparent to the globe. NECK: Supple comfortable neck movement observed but stiff on exam. HEART: Regular. LUNGS: Clear; equal breath sounds. CHEST: is generally tender in the left area; no point tenderness. ABDOMEN: Soft and nontender.

**Impression:** Altercation; contusion of the left face and left chest.

**Plan:** Naprosyn 500 mg b.i.d. take with food #20, Flexeril 10 mg b.i.d. #10. Recheck prn.

PLAN: urine dip for blood - WA NY
Naprsyn 500 #20
flexeril 10 BID #10

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _JOHN H McFARLAND MD_ TITLE _____ DATE 8/3/04 TIME 0891

AM8104894
AL 11404

# MEDICATION ADMINISTRATION RECORD

P&L FORMS #3004 (for A03 pnnt programs)

| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Motrin 200mg TT Bid 07/30/04 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Motrin 200mg TT Bid 08/01/04 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 500 #20 T Bid 8/3/y | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10 #10 T Bid 8/3/y | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Urin dip 8/3/04 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Doxycyclin 100 #20 T Bid 09/21/04 | 0700 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Naprosyn 500 #20 T Bid 10/19/04 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Flexeril 10 #14 T Bid 10/19/04 | 0800 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | 2100 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Medications | Hour | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |

| Charting For | | Through | | | |
|---|---|---|---|---|---|
| Physician | | | Telephone No. | | Medical Record No. |
| Alt. Phys. | Dr. McFarland | | Alt. Telephone | | |
| Allergies | | | Rehabilitative Potential | | |
| Diagnosis | | | | | Admission Date |
| Medicaid Number | Medicare Number | | Complete Entries Checked: By: D. Burke | Title: | Date: 08/30/04 |

NOTES

SS# ~~████████████~~

NAME  Turner, Charles          DOB ~~████~~ AGE 37  SEX m  RACE B

DRUB ALLERGIES _____NKDA_____ TETANUS _____

NATURE OF PROBLEM OR REQUEST_____Flu_____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
                              SIGNATURE

**************************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ASSESSMENT:

**08/17/04    Lee County Detention Center    Charles Turner    #437214095**

This 37 YOBM still has low back pain after an altercation that occurred before last week's visit. The Naprosyn and Flexeril did not help.

**Physical Exam:** He has a normal comfortable gait. He is a little awkward in sitting up on the table. BACK: When I examine his back there is no midline tenderness. There are no marks on his back. He has some tightness and tenderness in the muscles on both sides. His reflexes are normal at the knees and ankles. Straight leg raise is negative. ABDOMEN: Soft and nontender.

**Impression:** Lumbar strain and spasm.

**Plan:** Muscle stretching exercises. No medication since it didn't help. Recheck in another week or two if needed.

PLAN:

Low Back cream 15m Bid
9 wks

REFER TO: _____ PA/PHYSICIAN ____ MENTAL HEALTH _____ DENTAL ____

SIGNATURE _____ TITLE MD  DATE 8/17/04  TIME 08 58
        JOHN H MCFARLAND MD
        AM8104894  09/6/04 VDR L Back Weakness
        AL11404     tally c Jim TP 5 years ago

.ee County Detention Center

# INMATE REQUEST S_IP

LOCATION
*E - 4*

Name *Charles Turner*                    Date *8-27-04*

☐ Telephone Call        ☑ Doctor            ☐ Dentist            ☐ Time Sheet

☐ Special Visit          ☐ Personal Problem                      ☐ Other

Briefly Outline Your Request. <u>Give To Jailer</u>

*my back is steal hurting like hell. I can't bend over At all.*

<u>Do Not Write Below This Line</u> - For Reply Only

*08/29/04  Cont. Use Our md*
*Back exercise + your day on*
*yard was good.*

                              *nurse*

Approved _____    Denied _____    Collect Call _____

Lee County Detention Center
# INMATE REQUEST SLIP

E-4
**LOCATION**

Name _Charles Turner_          Date _9-20-04_

☐ Telephone Call    ☑ Doctor         ☐ Dentist        ☐ Time Sheet

☐ Special Visit      ☐ Personal Problem          ☐ Other

---

Briefly Outline Your Request.  <u>Give To Jailer</u>

I need to see the nurse because my back is still locking up on me. Once I lay down I can't get back up out of the bed without my back snapping and hurting and I have about four big knots under my right arm pits that hurts like fire.

<u>Do Not Write Below This Line</u> - For Reply Only

09/20/04   You Well See On MD

Nurse Stewart

Approved _____  Denied _____  Collect Call _____

NOTES

SS# ████████████████████

NAME *Turner, Charles*   DOB ████ AGE 37 SEX M RACE B

DRUG ALLERGIES *Ø*   TETANUS _____

NATURE OF PROBLEM OR REQUEST *√ early Bad under arm*
*& & Back pain*

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

**********************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ASSESSMENT:

---

**09/21/04     Lee County Detention Center     Charles Turner     #437214095**

This 37 YOBM is having some low backache with no radiation of pain. He has some swollen tender lumps under his right armpit.

**Physical Exam:** When I look at them he has some sebaceous cysts, none of them are open or draining. Straight leg raise is negative. Normal comfortable gait. Generalized tenderness across his low back. No midline tenderness.

**Impression:** Chronic low back pain; right axillary sebaceous cysts with some infected.

**Plan:** Doxycycline 100 mg b.i.d. #20; continue back exercises.

PLAN:

*Doxycline 100  BID 2-20*

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____ TITLE ___ DATE 7-21-04 TIME 0925

JOHN H MCFARLAND MD
AMB104894
AL11404

Lee County Detention Center

# INMATE REQUEST SLIP

*Nurse*

E-4

**LOCATION**

Name *Charles Turner*                    Date *10-16-04*

☐ Telephone Call          ☐ Doctor              ☐ Dentist          ☐ Time Sheet

☐ Special Visit            ☐ Personal Problem              ☑ Other

Briefly Outline Your Request.  Give To Jailer

*My leg is burning up and it feel like it dead. Its hurting bad. Its my right leg.*

Do Not Write Below This Line - For Reply Only

*Treatment given. Will see MD next visit. 10/17/04 — D. Burks apn*

Approved _____        Denied _____        Collect Call_____

NOTES

SS# ▓▓▓▓▓▓▓▓▓ _____

NAME _Turner Charles_    DOB ▓▓▓▓ AGE _37_ SEX _M_ RACE _B_

DRUG ALLERGIES ___None___    TETANUS _____

NATURE OF PROBLEM OR REQUEST _C/o Rt Leg pain & Numbness_

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

SIGNATURE _____

**********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP     P     R     T

**10/19/04    Lee County Detention Center    Charles Turner    #437214095**

This 37 YOBM has had some pains in his right thigh. It goes from his right low back down the front of his thigh and down the back of his calf all the way to his foot. He gets sharp shooting pains at times. It comes and goes. It has been worse the last couple of days. He doesn't know of any exacerbating feature. His only allergy is "working".

**Physical Exam:** Alert, comfortable gait, no distress. Normal spontaneous leg movement with posture on the exam table. BACK: Generalized tenderness; no point tenderness; no midline tenderness. EXTREMITIES: Straight leg raise negative; DTR's symmetrical at the knees and ankles, brisk; no muscle wasting noted; good dorsalis pedis pulse checked on the right, not checked on the left.

**Impression:** Low back pain with radiculopathy, probable muscle spasms in the legs.

**Plan:** Naprosyn 500 mg b.i.d. take with food and Flexeril 10 mg b.i.d. #14. Recheck prn. I told him that he would have some troubles on and off with different activities. This not a single nerve root distribution complaint and doesn't seem to affect him with his comfortable gait and ease of bending over to take his shoe off and put it back on and tie it. Recheck prn.

Naprosyn 500 BID x 20
Flexeril 10 BID x 14
rcf prn

REFER TO:    PA/PHYSICIAN _____    MENTAL HEALTH _____    DENTAL _____

SIGNATURE ___JOHN H McFARLAND MD___    TITLE _MD_    DATE _12/10/__ TIME_0958_
AM8104894
AL 11404

# ...e County Detention Center

# INMATE REQUEST SLIP

Nurse Stewart                          E-1

                                    **LOCATION**

ne *Charles Turner*          Date 11-2-04

Telephone Call          ☑ Doctor          ☐ Dentist          ☐ Time Sheet

Special Visit          ☐ Personal Problem          ☐ Other

---

efly Outline Your Request. <u>Give To Jailer</u>

I have a big bubble on my left
heel and it hurs like hell.


                    Thank you

---

...Not Write Below This Line - For Reply Only

11/3/04 Yes it's a blist-
er. I make you will
See you in follow. P
if it start to drain

                    Nurse Stew-

.pproved _____ Denied _____ Collect Call _____

.ll Request Will Be Routed Through The Sergeant Over The Jail, Then Forwarded To
hose The Request is Directed.

NOTES

SS# ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

NAME _Turner, Charles_____ DOB ▓▓▓▓ AGE _37_ SEX _m_ RACE _B_

DRUG ALLERGIES _____NKDA_____ TETANUS _____

NATURE OF PROBLEM OR REQUEST _Large blister ① foot_____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____

                                    SIGNATURE

*********************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: BP_____ P_____ R_____ T_____

ASSESSMENT:

**11/09/04    Lee County Detention Center    Charles Turner    #437214095**
This 37 YOBM has a blister on the left foot. It is on the heel. He has had them before. He
doesn't know of any specific injury.
**Physical Exam:** He has a normal comfortable gait. He is wearing fairly new looking running
type shoes that are loosely laced and untied. His socks and damp. His feet are moist. On the sole
of the right unaffected foot he has lots of peeling and Tinea pedis type changes. On the left heel
lateral aspect he has a blister that is about 3x1.25 cm. There is no infection. It is not tender. He
has tough calloused skin.
**Impression:** Friction blister left heel.
**Plan:** I talked to him about the blister healing and keeping it from rubbing. It would be best if he
tied his shoes so that there is less movement. We can recheck prn.

REFER TO: _____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____ TITLE _MD_ DATE _11/9/04_ TIME _0908_
            JOHN H MCFARLAND MD
              AM8104894
              AL 11404

## Lee County Detention Cen

# INMATE REQUEST SLIP

E-3

**LOCATION**

Name *Charles Turner*     Date *11-30-04*

- [ ] Telephone Call
- [x] Doctor
- [ ] Dentist
- [ ] Time Sheet
- [ ] Special Visit
- [ ] Personal Problem
- [ ] Other

Briefly Outline Your Request. **Give To Jailer**

I need to see the nurse about the knots under my right arm pit. They are coming back and it hurts.

Do Not Write Below This Line - For Reply Only

12/1/04 Feel Area under arm size of pin head of sign of pain wrote BKR

Nurse Stamp

Approved       Denied       Collect Call

Lee County Detention Center
# INMATE REQUEST SLIP

|  | **LOCATION** |
|---|---|

Name *Charles Turner*    Date *4-26-05*

☐ Telephone Call    ☑ Doctor    ☐ Dentist    ☐ Time Sheet

☐ Special Visit    ☐ Personal Problem    ☐ Other

Briefly Outline Your Request.  <u>Give To Jailer</u>

*I need to see the Doctor about my big toe its hurt I'm half and its turned inside out the nail under my skin on the big toe.*

*Charles Turner*

Do Not Write Below This Line - For Reply Only

*4/28/05 We talked during Ill Call I looked at you Thu + Saw nothing acute. I put you down to see m___ on Thu*

*Nursing Staff*

Approved _____ Denied _____ Collect Call_____

NOTES

SS# ████████████████

NAME *Turner, Charles*    DOB ████ AGE 37    SEX _____    RACE _____

DRUG ALLERGIES _____ *Ø* _____    TETANUS _____

NATURE OF PROBLEM OR REQUEST ___ ✓ *Area Between toes Swell*

*+ painful* _____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

*************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE:   BP_____ P_____ R_____ T_____

**05/03/05     Lee County Detention Center     Charles Turner     #437214095**

This 37 YOBM has an uncomfortable chronically mycotic deformed right great toenail.
**Physical Exam:** He walks in comfortably without any gait disturbance. He shows me a non-infected chronically mycotic over-long curled under right great toenail. His unaffected left side has the some of the same physical characteristics, it is just as long and it certainly isn't as curled under. The there is no redness or pus. The affected nail is malodorous and I suspect it is due to the considerable amount of debris underneath the nail.
**Impression:** Right toenail mycosis, deformity, and poor hygiene.
**Plan:** Nail hygiene may improve all this but if it doesn't it certainly would be an option to remove his nail and let it grow in over six months. It will come back in exactly the same way if it does continue to be neglected. There is no infection or need for antibiotics or pain medicine at this time.

PLAN:

*05/03/05* _____

REFER TO: _____ PA/PHYSICIAN _____ MENTAL HEALTH _____ DENTAL _____

SIGNATURE _____    TITLE *MD*    DATE *5/3/05*    TIME *09-3*

JOHN H MCFARLAND MD
AM8104894
AL 11404

NOTES

SS# ▓▓▓▓▓▓▓▓▓▓▓▓▓ _____

NAME _Turner, Charles___ DOB ▓▓▓ AGE _37_ SEX _m_ RACE _B_

DRUB ALLERGIES _NKDA_____ TETANUS _____

NATURE OF PROBLEM OR REQUEST _Flu toenail_____

_____

_____

I CONSENT TO BE TREATED BY HEALTH STAFF FOR THE CONDITION DESCRIBED.

_____
SIGNATURE

*************************************************************************

HEALTH CARE DOCUMENTATION

SUBJECTIVE:

OBJECTIVE: _BP_____ P_____ R_____ T_____

ASSESSMENT:


**05/10/05**    **Lee County Detention Center**    **Charles Turner**    **#437214095**
This 37 YOBM is back for recheck of his chronic fungal malformed left great toenail.
**Physical Exam:** It doesn't look infected. Again it is a little bit tender if it is touched the wrong way. He says as long as he keeps his shoe on it is okay.
**Impression:** Chronic toenail changes.
**Plan:** Keep the shoe on to keep it comfortable. Continue with hygiene measures.


PLAN:

REFER TO: _____ PA/PHYSICIAN_____ MENTAL HEALTH_____ DENTAL_____

SIGNATURE _____ TITLE _MD_ DATE _5/10/05_ TIME _0955_

JOHN H MCFARLAND MD
AM8104894
AL 11404

Lee County Detention Center
# INMATE REQUEST SLIP

*Nurse*

E-3
**LOCATION**

ame *Charles Turner*                    Date *10-16-05*

] Telephone Call        ☐ Doctor        ☐ Dentist        ☐ Time Sheet

] Special Visit        ☐ Personal Problem        ☑ Other

---

riefly Outline Your Request.  <u>Give To Jailer</u>

*I need the nail clippers to cut my toe nail because it is curling up again and it hurts again.*

*Charles Turner*

---

o Not Write Below This Line - For Reply Only

*10/14/05 — Call Central Jail of Ask.*

*Nurse Stewart*

Approved _____ Denied _____ Collect Call_____