Exhibit A.

DONE This DAY Charles D. Turner,
3/31/06 Unhealthy food

Roach in the food.
Lt. Robinson overseer
Officer Selbes saw the roach in the tray. Sgt. Jones has the request Slip.

Everyone that saw the roaches in the food.

1. Jerry Oliver
2. Dwight Stowe
3. [illegible]
4) Demetrius Foreman
5) Clarence Jacob
6) Arthur James Tignee
7) Gordon Saylor
(8) Steven Jackson
(9) Charles Turner
(10) Edward Holmes F.I.

I'm sending the original because I have no way to copy this paper.