IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **CHARLES DEWAYNE TURNER,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | )    **Civil Action No. 3:06-CV-155-MHT** |
| | ) |
| **JAY JONES, et. al.,** | ) |
| | ) |
|     **Defendants.** | ) |

## MOTION TO WITHDRAW

COMES NOW Amanda Kay Morgan of the law firm of Webb & Eley, P.C., and moves this Court for permission to withdraw from the representation of Jay Jones, Cary Torbert, Jr., Ray Roberson, and Linda Stewart, the Defendants in the above-styled cause. As grounds for this Motion, the undersigned states that she will be no longer be employed with the firm of Webb & Eley, P.C. Ashley Hawkins Freeman of the firm of Webb & Eley, P.C. will be entering a Notice of Appearance for Defendants Jay Jones, Cary Torbert, Jr., Ray Roberson, and Linda Stewart contemporaneously with the filing of this Motion.

WHEREFORE, Amanda Kay Morgan respectfully requests an order from this Court that releases her from representation of Defendants Jay Jones, Cary Torbert, Jr., Ray Roberson, and Linda Stewart.

Respectfully submitted this 4th day of January, 2007.

                                      **s/Amanda Kay Morgan**
                                      AMANDA KAY MORGAN Bar No. ALL079
                                      Attorney for Defendants
                                      WEBB & ELEY, P.C.
                                      7475 Halcyon Pointe Drive
                                      Post Office Box 240909
                                      Montgomery, Alabama 36124
                                      Telephone: (334) 262-1850
                                      Fax: (334) 262-1889
                                      E-mail: amorgan@webbeley.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Charles Dewayne Turner
        Lee County Detention Center
        PO Box 2407
        Opelika, AL 36801

                **s/Amanda Kay Morgan**
                OF COUNSEL