**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | |
|---|---|
| **CHARLES DEWAYNE TURNER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Civil Action No. 3:06-CV-155-MHT |
| **JAY JONES, et al.,** | ) ) ) |
| **Defendants.** | ) |

## NOTICE OF APPEARANCE

COMES NOW Ashley Hawkins Freeman, of the law firm of Webb & Eley, P.C., and files her notice of appearance as counsel of record for Jay Jones, Cary Torbert Jr., Ray Roberson, and Linda Stewart, Defendants in the above-captioned matter.

Respectfully submitted this 4th day of January, 2007.

> **s/Ashley Hawkins Freeman**
> ASHLEY HAWKINS FREEMAN Bar No. FRE044
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive
> Post Office Box 240909
> Montgomery, Alabama 36124
> Telephone: (334) 262-1850
> Fax: (334) 262-1889
> E-mail: afreeman@webbeley.com

**CERTIFICATE OF SERVICE**

     I hereby certify that on this the 4th day of January, 2007, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        Charles Dewayne Turner
        Lee County Detention Center
        PO Box 2407
        Opelika, AL 36801

                **s/Ashley Hawkins Freeman**
                OF COUNSEL