IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHARLES DEWAYNE TURNER          *

    Plaintiff,                  *

        v.                       *      3:06-CV-155-MHT

JAY JONES, *et al*.,              *

    Defendants.                 *

_____

**ORDER ON MOTION**

Counsel for Defendants Jay Jones, Major Tolbert, Lt. Robinson, Nurse Stewart has filed a Motion to Withdraw. (Doc. No. 14.) Upon consideration of the motion, and in light of the notice of appearance filed by new counsel for the above-noted defendants on January 4, 2007 (Doc. No. 15), it is

ORDERED that the Motion to Withdraw (Doc. No. 14) be and is hereby GRANTED.

Done, this 5th day of January 2007.

                                              /s/Wallace Capel, Jr.
                                            WALLACE CAPEL, JR.
                                            UNITED STATES MAGISTRATE JUDGE