IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE__ DIVISION

CHARLES DEWAYNE TURNER, )
)
Plaintiff, )
)
v. ) CASE NO. 3:06-cv-155-MHT-WC
)
JAY JONES, ET AL., )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW __Jay Jones__, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✔] This party is an individual, or

[✔] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| | |
| | |
| | |

1/30/2008
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Jay Jones, Cary Torbert Jr., Ray Roberson, and Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C., P.O. Box 240909
Montgomery, AL  36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

**CERTIFICATE OF SERVICE**

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30_____day of January_____ 20 08, to:

Charles Dewayne Turner, Lee County Detention Center, P.O. Box 2407, Opelika, AL 36801

1/30/2008
Date

Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MIDDLE _____ DIVISION

CHARLES DEWAYNE TURNER, )
)
Plaintiff, )
)
v. ) CASE NO. 3:06-cv-155-MHT-WC
)
JAY JONES, ET AL., )
)
Defendants, )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Cary Torbert, Jr., a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                    Relationship to Party

_____              _____
_____              _____
_____              _____

1/30/2008
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Jay Jones, Cary Torbert Jr., Ray Roberson, and Linda Stewart
Counsel for (print names of all parties)
Webb & Eley, P.C., P.O. Box 240909
Montgomery, AL 36124
Address, City, State Zip Code
334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30_____day of January_____ 20 08 to:

Charles Dewayne Turner, Lee County Detention Center, P.O. Box 2407, Opelika, AL 36801

1/30/2008
Date                                                          Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__MIDDLE_____ DIVISION

CHARLES DEWAYNE TURNER  )
_____, )
                         )
    Plaintiff,           )
                         )
v.                       )   CASE NO. __3:06-cv-155-MHT-WC__
                         )
JAY JONES, ET AL.        )
_____, )
                         )
    Defendants,          )

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW __Ray Roberson_____, a __Defendant__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[✓] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

__1/30/2008__
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Jay Jones, Cary Torbert Jr., Ray Roberson, and Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C., P.O. Box 240909
Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30_____day of January_____ 20 08 to:

Charles Dewayne Turner, Lee County Detention Center, P.O. Box 2407, Opelika, AL  36801

1/30/2008
Date                                                                        Signature

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>MIDDLE</u>_____ DIVISION

CHARLES DEWAYNE TURNER,
_____,

    Plaintiff,

v.                                             CASE NO. <u>3:06-cv-155-MHT-WC</u>

JAY JONES, ET AL.
_____,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW <u>Linda Stewart</u>_____, a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [✓] This party is an individual, or
- [✓] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                           <u>Relationship to Party</u>

_____                      _____

_____                      _____

<u>1/30/2008</u>
Date

(Signature)
Joseph L. Hubbard, Jr.
(Counsel's Name)

Jay Jones, Cary Torbert Jr., Ray Roberson, and Linda Stewart
Counsel for (print names of all parties)

Webb & Eley, P.C., P.O. Box 240909
Montgomery, AL 36124
Address, City, State Zip Code

334-262-1850
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____ DIVISION

## CERTIFICATE OF SERVICE

I, Joseph L. Hubbard, Jr._____, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail_____(manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 30_____day of January_____ 20 08, to:

Charles Dewayne Turner, Lee County Detention Center, P.O. Box 2407, Opelika, AL  36801

1/30/2008
Date

Signature