IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHARLES DEWAYNE TURNER     *

   Plaintiff,     *

   v.     *     3:06cv155-MHT
       (WO)
JAY JONES, *et al.*,     *

   Defendants.     *

_____

## **ORDER**

The magistrate judge filed a recommendation (Doc. #21) to which no timely objections have been filed. After a review of the recommendation, and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted. Accordingly, it is

ORDERED that the recommendation (Doc. #21) of the magistrate judge is ADOPTED; defendants' motion for summary judgment (Doc. #10) is GRANTED because plaintiff failed to exhaust available administrative remedies; and this case is DISMISSED without prejudice in accordance with the provisions of 42 U.S.C. § 1997e(a). No costs are taxed herein.

An appropriate judgment will be entered.

DONE, this the 19th day of February 2008.

                                                /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE