IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

CHARLES DEWAYNE TURNER   *

    Plaintiff,   *

    v.   *   3:06cv155-MHT
        (WO)
JAY JONES, *et al.*,   *

    Defendants.   *

_____

## **JUDGMENT**

In accordance with the prior proceedings, opinions and orders of the court, it is

ORDERED and ADJUDGED that judgment is entered in favor of defendants and against plaintiff and that this action is DISMISSED without prejudice.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of February 2008.

                                    /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE